AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| Vicky Rodriguez Torres, et al. <br><br> *Plaintiff* <br> v. <br> Government Development Bank for PR, et al. <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 09-CV-2199 *FAB* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Government Development Bank for Puerto Rico
Roberto Sanchez Vilella Government Center
De Diego Ave. Stop 22
Santurce, Puerto Rico 00907

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Miguel A. Cuadros
 01 Ponce de León Ave.
 Suite 215
 San Juan, Puerto Rico 00907
 (787) 725-7??2

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT

*CLERK OF COURT*

Date: DEC 0 4 2009

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| Vicky Rodriguez Torres, et al. <br><br> *Plaintiff* <br> v. <br> Government Development Bank for PR, et al. <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) <br> Civil Action No. 09-CV-2199  *FAB* |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Guillermo Cambas Casas
In his personal capacity and In his official capacity as:
Director of Human Resources and Labor Relations for GDB
Roberto Sanchez Vilella Government Center
De Diego Ave. Stop 22
Santurce, Puerto Rico 009__

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Miguel A. Cuadros, Esq.
  __01 Ponce de León Ave.
  Suite 215
  San Juan, Puerto Rico 00907
  Tel. 787-725-____

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT

*CLERK OF COURT*

Date: DEC 0 4 2009

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| Vicky Rodriguez Torres, et al. <br> *Plaintiff* <br> v. <br> Government Development Bank for PR, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 09-CV-2199 *FAB* |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Secretary of Justice for the Commonwealth of Puerto Rico
(Government Development Bank for Puerto Rico)
Calle Olimpo, Esq. Axtmayer, Miramar
San Juan, Puerto Rico 00907

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Miguel A. Cuadros
01 Ponce de León Ave.
Suite 215
San Juan, Puerto Rico  00907
(787) 725-_52

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

FRANCES RIOS DE MORAN
CLERK OF COURT

*CLERK OF COURT*

Date: DEC 0 4 2009

_____
*Signature of Clerk or Deputy Clerk*