IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICKY RODRÍGUEZ TORRES, et al.<br>Plaintiffs<br><br>v.<br><br>Government Development Bank P.R., et al.<br>Defendants | **CIVIL No. 09-02199-FAB**<br><br>RETALIATION, TORTS<br>TRIAL BY JURY |

## NOTICE OF APPEAL

**TO THE CLERK OF THE COURT**:
NOTICE is hereby given that Plaintiffs Vicky Rodríguez Torres, Luis Rafael Maldonado Vaillant,

and their conjugal partnership, through the undersigned counsel, and pursuant to **28 U.S.C. § 1292(a)(1)**, appeal to the United States Court of Appeals for the First Circuit from:

ORDER, dated January 7th, 2010, **Doc.# 15**.

Respectfully submitted in New York, NY, this 7th day of January, 2010.

S/William Meléndez Menéndez<br>
William Meléndez Menéndez<br>
USDC-PR No. 226902

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for defendants and all other parties of interest.

S/William Meléndez Menéndez

---