# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

VICKY RODRÍGUEZ TORRES, et al.

     Plaintiffs

         v.

GOVERNMENT DEVELOPMENT BANK
FOR PUERTO RICO, et al.

     Defendants

CIVIL No. 09-2199 (FAB)
EMPLOYMENT RETALIATION CLAIM
29 U.S.C. § 621

PLAINTIFF DEMANDS A TRIAL BY
JURY

## INDEX OF EXHIBITS

Exhibit 1     Relevant Bankruptcy Court docket entries of <u>In re: Vicky Rodríguez Torres</u>, Case No. 09-108640Bkt7

Exhibit 2     Plaintiff's complaint before the Puerto Rico Court of First Instance, San Juan part dated March 1, 2008, <u>Maldonado Vaillant, et al. v. Eurobank</u>, Civil No. KPE2008-0872

Exhibit 3     Excerpts of plaintiff's deposition taken on August 19, 2009 in <u>Rodríguez, et al. v. GDB, et al</u>, Civil No. 09-1551(JP)

Exhibit 4     Plaintiff's administrative appeal in connection to her termination from employment with the GDB (letter dated November 23, 2009 and charge dated February 8, 2010)

Exhibit 5     Bankruptcy Court notice dated May 21, 2010, received by the GDB on May 26, 2010