**ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE SAN JUAN
SALA SUPERIOR**

SO2

| LUIS R. MALDONADO VAILLANT Y VICKY RODRIGUEZ TORRES | CIVIL NÚM.: KPE08-0872 |
|---|---|
| Demandante, | SOBRE: DESPIDO INJUSTIFICADO: Ley 80 del 20 de mayo de 1976 según enmendada; |
| v. | |
| EUROBANK | DISCRIMEN POR EDAD: LEY 100 del 30 de junio de1959 según enmendada |
| Demandado. | DAÑOS Y PERJUICIOS: Artículo 1802 |

**DEMANDA**

AL HONORABLE TRIBUNAL:

COMPARECE la parte demandante por conducto del abogado que suscribe y respetuosamente expone y solicita:

1. La parte demandante, Luis R. Maldonado Vaillant (Maldonado) y Vicky Rodriguez Torres (Rodriguez) estan casados entre si y residen en el Condominio Segovia, Apt. 1911, San Juan, Puerto Rico 00918 el cual pertenece a la jurisdicción de este Honorable Tribunal.

2. La parte demandada Eurobank es una compañía de indole financiera y banquera que esta incorporada y autorizada a hacer negocios en el Estado Libre Asociado de Puerto Rico. La dirección física de la parte demandada es Quebrada Arena, Carr. 1 Km. 24.5, San Juan, Puerto Rico 00926. La direccion postal de la parte demandada es P.O. box 191009, San Juan, Puerto Rico 00919-1009.

3. Maldonado comenzó a trabajar para la parte demandada el 12 de marzo de 2001 como Oficial de Operaciones para la División de Leasing.

4. Maldonado fue despedido el 11 de enero de 2008. A tal momento, Maldonado tenía 67 años y ocupaba la posición de Vicepresidente Auxiliar de Operaciones para la División de Leasing donde devengaba un salario de $4,750 mensual. Maldonado prestó servicios por espacio seis (6) años y diez (10) meses para la parte demandada.

5. El despido de Maldonado fue sin justa causa y el demandando no le pagó indemnización, por despido injustificado, el cual tiene derecho a recibir, a tenor con la Ley Núm. 80 del 30 de mayo de 1976 (29 L.P.R.A. §185), según enmendada el 7 de octubre de 2005

6. El salario más alto devengado por Maldonado en el último año anterior al despido, fue de $4,750 mensuales.

7. Conforme al período durante el cual Maldonado prestó servicios para la parte demandada, éste tiene derecho a recibir la suma de $30,480.00 en concepto de mesada, en adición a las otras partidas aquí solicitadas.

8. Durante su empleo con el demandado, Maldonado fue objeto de discrimen por razón de su edad.

9. Maldonado fue el blanco de comentarios discriminantes basados en su edad por parte de otros empleados del demandado.

10. El despido injustificado de Maldonado en realidad fue basado en la edad del demandante.

11. Esta conducta del demdandado es claramente ilegal y en violacion de la Ley Núm. 100 del 30 de junio de 1959 (29 L.P.R.A. § 146) ,según enmendada.

12. Por tal razon, Maldonado ha sufrido daños económicos de lucro cesante y emergente que se estiman en no menos de $285,000.00. De igual manera, Maldonado ha sufrido daños y angustias mentales que se estiman en no menos de $ 100,000.00. Dichas partidas deben de ser duplicada a tenor con las dispociciones de la Ley Núm. 100.

13. Rodriguez, esposa de Maldonado, ha sufrido daños y angustias mentales por las actuaciones negligentes y discriminatorias de la parte demandada.

14. Se estima los daños de Rodriguez en no menos de $75,000.00.

15. Por último, se solicita del Honorable Tribunal que imponga una suma justa y razonable para honorarios, gastos y costas en la presente acción.

**POR TODO LO CUAL**, la parte demandante solicita que en su día y previo los trámites legales correspondientes, se dicte Sentencia contra la parte demandante condenándola a satisfacer lo solicitado.

**RESPETUOSAMENTE SOMETIDA**

En San Juan, Puerto Rico a 1 de marzo de 2008.

**NIGAGLIONI & FERRAIUOLI LAW OFFICES, P.S.C.**
Abogados de la parte demandante
P. O. Box 195384
San Juan, Puerto Rico 00919-5384
Teléfono: (787)765-9966
Telefax: (787)751-2520

_____
Ruben T. Nigaglioni
Colegiado Núm. 4344
ruben@nf-legal.com

07 MAR. 2008

Estado Libre Asociado de Puerto Rico
Tribunal de Primera Instancia
Centro Judicial de San Juan
Sala Superior

| | |
|---|---|
| Luis R. Maldondado Vaillant y otros<br>Querellante<br>Vs.<br>Eurobank<br>Querellado | Civil Núm. K PE2008-0872(502)<br><br>Sobre: Despido Injustificado |

## MINUTA

A la **Conferencia con Antelación al Juicio** señalada para hoy, compareció el Lcdo. Ruben T. Nigaglioni Mignucci en representación del **Sr. Luis R. Maldonado Vaillant**. En representación de **Eurobank**, compareció el Lcdo. Carlos A. Padilla Vélez.

Iniciados los procedimientos, el licenciado Padilla manifestó que faltaba deponer a la Sra. Vicky Rodríguez Torres, esposa del querellante.

<u>A requerimiento del Tribunal, los representantes legales de las partes acordaron deponer a la señora Rodriguez el 19 de junio de 2009 alas 9:30 de la mañana, en el la oficina del licenciado Padilla</u>.

A preguntas del Tribunal con relación a si las partes han estado en conversaciones transaccionales, el licenciado Nigaglioni informó que no lograron alcanzar ningún acuerdo.

De otra parte, el licenciado Padilla adelantó que estaba en posición de presentar una Solicitud de Sentencia Sumaria.

A tenor con lo informado por el licenciado Padilla, la Juez que preside le instruyó de no ser conveniente en este momento ya que existen varias controversias como por ejemplo la mesada y la reclamación de lucro cesante.

Luego de dialogar sobre los pormenores del caso, *el Tribunal señala el Juicio en su Fondo para los días 26 y 27 de abril de 2010 a las 9:30 de la mañana, en el Salón de Sesiones 502.* Para dicho señalamiento, la prueba documental deberá estar marcada en una carpeta para cada una de las partes y otra para el Tribunal.

Juez: Katheryne D. Silvestry Hernández     Alguacil: Carlos I. García Feliciano

OFTR: MAritza Rosa Lozada                  Certifico: Lcda. Rebecca Rivera Torres
                                                     Secretaria Regional

Transcrita: 17 de junio de 2009            Por: Elibel L. Trujillo Arjemi
                                                Secretaria de Servicios a Sala

                                           Fecha: 11 de junio de 2009