IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

VICKY RODRIGUEZ TORRES;     *
LUIS RAFAEL MALDONADO
VAILLANT, and their         *
conjugal partnership,
                               *
    Plaintiffs,
                               *
        vs.                     Civil No. 09-1151 (JP)
                               *
GOVERNMENT DEVELOPMENT
BANK FOR PUERTO RICO;      *
JAVIER RAMOS LUINA in
official and individual    *
capacity; ENID LOPEZ LOPEZ
in official and individual  *
capacity; ANGEL PEREZ
RIVERA in official and      *
individual capacity;
JORGE IRIZARRY HERRANS,    *
in official and individual
capacity; LUIS I. ALFARO   *
MARTINEZ in official and
individual capacity;        *
MARINE COMAS TORRES in
official and individual    *
capacity; NAPHIS TORRES
PADRO, in official and     *
individual capacity;
EDGARDO RODRIGUEZ NIEVES,  *
in official and individual
capacity; and ABC          *
INSURANCE,
                               *
    Defendants.
--------------------------------

The continued deposition of:
        VICKY RODRIGUEZ TORRES,
a plaintiff herein, was held at the law offices of
SCHUSTER & AGUILO, 221 Plaza Building, 15th Floor,
221 Ponce de Leon Avenue, San Juan, Puerto Rico  00918,
on Wednesday, August 19, 2009, at 9:53 a.m.


Reported by:  Joanne de Thomas

431

431

```
1      Q.    Okay.  Against who?
2      A.    Against GDB and all the codefendants.
3      Q.    Other than this claim, is he--
4      A.    Oh, the other one.  No.
5      Q.    He's not suing anybody else?
6      A.    Pardon me?  I don't understand clearly.
7      Q.    Your husband is a party to this lawsuit.
8      A.    To this one that we have?
9      Q.    To this one.  Yes, he's a plaintiff.
10     A.    Yes.  Yes.
11     Q.    My question is, is he involved in any
12  other lawsuit right now?
13     A.    You have to ask him, but--
14     Q.    No, I'm asking you.
15     A.    Yes.
16           THE DEPONENT:  (To Mr. Cuadros) Do I have
17  to answer that?
18           MR. CUADROS:  (To the deponent) Answer it,
19  if you know it.
20           THE DEPONENT:  Yes, I know.
21  BY MS. REXACH:
22     Q.    You know.  He's suing Eurobank.
23     A.    Yes, he is.
24     Q.    Okay.  He was terminated from his--
25     A.    I'm sorry.  It's just that I thought that
```

432

```
1    it was confidential.
2         Q.   It's not confidential.
3         A.   Okay.
4         Q.   Because of his termination from
5    employment?
6         A.   Yes.
7         Q.   When was he terminated?
8         A.   I think it was-- I don't know if it was
9    2007 or 2008.  More or less.
10        Q.   Okay.  Is that a claim, a formal lawsuit,
11   or is it at the administrative level?
12        A.   No.  That's a formal lawsuit.
13        Q.   A formal lawsuit.
14        A.   A formal lawsuit.
15        Q.   Where is it pending?
16        A.   At the state, local...
17        Q.   Are you a plaintiff in that case as well?
18        A.   Yes.
19        Q.   You see, I asked you before whether you
20   were a party to any other lawsuit and we listed
21   Walgreens, we listed Ponce Bank and you didn't respond
22   to this one.
23        A.   I'm sorry.  And I told you that I thought
24   it was very confidential.
25        Q.   Okay.  But, see, again, you are making
```

433

433

1    conclusions as to documents and questions that are

2    being posed as to what is confidential and are not

3    answering because you conclude that that is

4    confidential.

5        A.    I am not a lawyer.

6           MS. REXACH:  Counsel, we can go off the

7    record.  Can you explain this to her?

8           MR. CUADROS:  I have no desire to do so.

9           MS. REXACH:  Okay.  No desire to do so.

10          MR. CUADROS:  You are doing such a good

11    job.

12    BY MS. REXACH:

13        Q.    The decision of whether or not something

14    is confidential is not to be made by you.  It's made by

15    the attorneys, okay?

16        So if I ask you a question, you have to answer

17    it fully.  You're under oath.  You need to answer

18    fully.  If you have any reservations--

19        A.    Okay.

20        Q.    --as to the nature of that information,

21    you have to so state that you have reservations as to

22    the nature of that information and then we will decide

23    how to proceed, whether you will consult with your

24    attorney or not.

25        A.    Okay.  No problem.