IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICKY RODRÍGUEZ TORRES, et al.<br>Plaintiffs<br>v.<br>Government Development Bank P.R. (GDB), et al.<br>Defendants | CIVIL No. 09-02199-FAB<br><br>RETALIATION, TORTS<br><br>TRIAL BY JURY |

## NOTICE OF SERVICE

Comes now plaintiff Vicky Rodríguez, through the undersigned counsel, and states as follows: **WE HEREBY** serve this **ORDER SETTING PRE-TRIAL SCHEDULING CONFERENCE** issued in the United States Bankruptcy Court Adversary Proceeding **10-00137-BKT**, on the following party, appearing in this case:

   Government Development Bank for Puerto Rico

   Guillermo Camba-Casas

   Mariela Rexach-Rexach

Such electronic filing constitutes proper service, pursuant to **Fed. R. Civ. P. 5(b)(3)** and **L. R. Civ. P. 5.1(c)**, authorizing the use of the court's transmission facilities to make service. Under penalty of perjury, I declare that the foregoing is true and correct, **IN NEW YORK, NEW YORK,**

AUGUST 11th, 2010                                    _____
**Date**                                                      **Signature**

S/William E. Meléndez
William E. Meléndez
USDC PR No. 226902
410 Park Avenue 15th Floor, # 1223
New York, New York 10022
Tel. (718) 725-7387;
We.Melendez@e-Lex.us