IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICKY RODRÍGUEZ TORRES, et al.<br>　　　　Plaintiffs<br>　　　　　　v.<br>Government Development Bank P.R., et al.<br>　　　　Defendants | **CIVIL No. 09-02199-FAB**<br><br>RETALIATION, TORTS<br><br>TRIAL BY JURY |

## NOTICE OF APPEAL

**TO THE CLERK OF THE COURT**:

NOTICE is hereby given that all Plaintiffs, through the undersigned counsel, and pursuant to **28 U.S.C. § 1291**, appeal to the United States Court of Appeals for the First Circuit from:

1. ORDER dated 04/23/2010, ECF No. 30;
2. ORDER dated 04/27/2010, ECF No. 39;
3. ORDER dated 05/12/2010, ECF No. 45;
4. ORDER dated 05/21/2010, ECF No. 60;
5. ORDER dated 08/06/2010, ECF No. 98;
6. ORDER dated 08/12/2010, ECF No. 102;
7. ORDER dated 11/05/2010, ECF No. 125;
8. ORDER dated 11/05/2010, ECF No. 126;
9. ORDER dated 11/05/2010, ECF No. 127.

**Submitted in San Juan, Puerto Rico, this 2nd day of December, 2010.**

　　　　　　　　　　　　　　　　　　S/William Meléndez Menéndez
　　　　　　　　　　　　　　　　　　William Meléndez Menéndez
　　　　　　　　　　　　　　　　　　USDC-PR No. 226902

　　　　　　　　　　　　　　　　　　Cuadros & Cuadros
　　　　　　　　　　　　　　　　　　701 Ponce de León Ave. Suite 215

San Juan, Puerto Rico 00907

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of interest.