**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

VICKY RODRIGUEZ-TORRES, *et al.*,

    **Plaintiffs,**

          **v.**

GOVERNMENT DEVELOPMENT BANK OF
PUERTO RICO, *et al.*,

    **Defendants.**

**Civil No.** 09-2199 (FAB)

**ORDER FOR EXECUTION OF JUDGMENTS**

Before the Court is the Government Development Bank's ("the GDB") Motion for Execution of Orders and Request for Issuance of Writs of Execution, Docket No. 159.  For the reasons stated below, the motion is granted.

On March 27, 2012, defendants filed a "Motion Requesting Attorney's Fees pursuant to Rule 54 (d)(2) of Civil Procedure and 28 U.S.C. §1927 and Memorandum of Law in Support Thereof," against plaintiffs and their former attorneys, Miguel A. Cuadros and William E. Meléndez.  On March 27, 3012 the Court ordered plaintiffs to respond to the motion by April 13, 2012.

On April 13, 2012, plaintiffs appeared *pro se* and requested that the Court appoint an attorney for them.  On that same date, plaintiffs' request was denied.  Attorneys Meléndez and Cuadros did not make an appearance with respect to the request for fees or

Civil No. 09-2199 (FAB)                                                      2
_____

otherwise object or defend against defendants' request for fees.

Therefore, on July 30, 2012, the Court entered an Order granting

defendants' request for attorney's fees against counsel William E.

Meléndez and Miguel A. Cuadros in the amount of $40,926.36.

    On August 27, 2012, attorneys Miguel A. Cuadros and William E.

Meléndez filed a Motion for Reconsideration of the Court's order

granting defendants' request for attorney's fees.  On September 6,

2012,  defendants  filed  an  Opposition  to  the  motion.    On

September 6, 2012, the Court entered an Order denying attorneys

Miguel A. Cuadros and William Meléndez' Motion for Reconsideration.

    On October 4, 2012, attorneys Miguel A. Cuadros and William

Meléndez filed a Notice of Appeal of the Court's Order on Motion

for Attorney's Fees.  The appeal is currently pending before the

U.S. Court of Appeals.  Inasmuch as attorneys Miguel A. Cuadros and

William Meléndez have not requested, and this Court has not so

ordered, the stay of the execution of the July 30, 2012 order, the

GDB requested the issuance of a writ of execution against counsel

Cuadros  and  Meléndez,  pursuant  to  Federal  Rule  of  Civil

Procedure 69(a), and Puerto Rico Rule of Civil Procedure 51.2,

ordering  the  Clerk  to  enforce  the  order  to  pay  defendants

$40,926.36, plus accrued interest.

Civil No. 09-2199 (FAB)                                                    3
_____

    Also, on March 13, 2012, the U.S. Court of Appeals entered a

Judgment affirming this Court's Final Judgment dismissing

plaintiffs' claims with prejudice.   In that Judgment, the U.S.

Court of Appeals stated:  "[s]anctions in the amount of $2,000 are

awarded in favor of defendants, to be paid personally by

plaintiffs' counsel, William Meléndez-Menéndez, without recourse to

reimbursement from his clients."  (Docket No. 138.)  Subsequently,

the Clerk of the U.S. Court of Appeals taxed costs against

plaintiffs in the amount of $179.08.

    On December 13, the GDB requested that the Court issue the

corresponding writs of execution.  Accordingly, and pursuant to

Federal Rule of Civil Procedure 69(a) and Puerto Rico Rule of Civil

Procedure 51.2, the Court orders the Clerk to issue the Writs of

Execution requested by the GDB.  The first Writ of Execution shall

be issued against attorneys Miguel A. Cuadros and William E.

Meléndez pursuant to Federal Rule of Civil Procedure 69(a) and

Puerto Rico Rule of Civil Procedure 51.2, ordering the enforcement

of the order to pay defendants $40,926.36, plus accrued interest.

The second Writ of Execution shall be issued against plaintiffs

themselves ordering the enforcement of the Order to pay $179.08

plus $6,549.04 for costs on appeal, plus accrued interest.  The

third Writ of Execution shall be issued against counsel William E.

Civil No. 09-2199 (FAB)                                                            4

Meléndez ordering the enforcement of the U.S. Court of Appeals

Judgment that imposed sanctions on him in the amount of $2,000.00,

plus accrued interest.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, December 21, 2012.


s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE