IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICKY RODRIGUEZ-TORRES, *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> GOVERNMENT DEVELOPMENT BANK OF PUERTO RICO, *et al.*, <br><br> **Defendants.** | Civil No. 09-2199 (FAB) |

WRIT OF EXECUTION

| | |
|---|---|
| GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO, *et al.*, <br><br> **Judgment Creditors,** <br><br> v. <br><br> WILLIAM E. MELÉNDEZ-MENÉNDEZ AND MIGUEL A. CUADROS-PESQUERA, <br><br> **Judgment Debtors.** | Amount of Judgment: <br><br> $2,000.00 <br><br><br> Date of Entry of Judgment: <br><br> March 13, 2012 |

To:  The United States Marshal for the District of Puerto Rico

You are directed to enforce the Order described below with daily interest and your costs as provided by law.

WHEREAS, it appears from the records of this Court that on March 13, 2012, the United States Court of Appeals for the First

Circuit entered a Judgment granting sanctions in the amount of $2,000.00, in favor of defendants, the Government Development Bank, et al., and against counsel William Eric Meléndez-Menéndez. See Docket No. 138;

WHEREAS, it also appears from the record that counsel William E. Melénedez-Menéndez has not satisfied any part of the aforementioned Judgment;

WHEREAS, this Court has ordered the Clerk of the Court to issue a Writ of Execution directed to the United States Marshal for the District of Puerto Rico, enabling him to make effective this Court's Order awarding $2,000.00 in sanctions to defendants.

WHEREFORE, you, as United States Marshal for the District of Puerto Rico, are ordered to proceed forthwith and execute U.S. Court of Appeals Judgment awarding sanctions in the amount of $2,000.00, in favor of the defendants through the attachment of cash, checks, monies in banks or other institutions, real property and any other property belonging to William Eric Meléndez-Menéndez subject to attachment up to the amount of the Judgment stated above.

TO THE JUDGMENT DEBTORS:

You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order

Civil No. 09-2199 (FAB)                                                                 3

releasing as exempt any property specified in the Marshal's schedule from the levy.

San Juan, Puerto Rico, December 21, 2012.

FRANCES RIOS DE MORAN
CLERK OF THE COURT

By: *[signature]*
Laura R. Narváez-Beauchamp
DEPUTY CLERK
