IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICKY RODRIGUEZ-TORRES, et al.,<br><br>**Plaintiffs,**<br><br>v.<br><br>GOVERNMENT DEVELOPMENT BANK OF PUERTO RICO, et al.,<br><br>**Defendants.** | Civil No. 09-2199 (FAB) |

**WRIT OF EXECUTION**

| | |
|---|---|
| GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO, et al.,<br><br>**Judgment Creditors,**<br><br>v.<br><br>WILLIAM E. MELÉNDEZ-MENÉNDEZ AND MIGUEL A. CUADROS-PESQUERA,<br><br>**Judgment Debtors.** | Amount of Order:<br><br>$179.08<br><br><br>Date of Entry of Order:<br><br>June 22, 2012 |

To:   The United States Marshal for the District of Puerto Rico

You are directed to enforce the Order described below with daily interest and your costs as provided by law.

WHEREAS, it appears from the records of this Court that on June 22, 2012 the Clerk of this Court taxed costs in the amount of

$179.08 in favor of defendants, the Government Development Bank, *et al.*, and against plaintiffs Vicky Rodríguez-Torres a/k/a Virgen Yolanda Rodríguez-Torres and Luis Rafael Maldonado-Vaillant ("plaintiffs"). See Docket No. 146 and 148;

WHEREAS, it also appears from the record that plaintiffs have not satisfied any part of the Court Order;

WHEREAS, this Court has ordered the Clerk of the Court to issue a Writ of Execution directed to the United States Marshal for the District of Puerto Rico, enabling him to make effective this Court's Order awarding $179.08 in favor of defendants.

WHEREFORE, you, as United States Marshal for the District of Puerto Rico, are ordered to proceed forthwith and execute this Court's Order awarding costs in the amount of $179.08 in favor of the defendants through the attachment of cash, checks, monies in banks or other institutions, real property and any other property belonging to Vicky Rodríguez-Torres a/k/a Virgen Yolanda Rodríguez-Torres and Luis Rafael Maldonado-Vaillant subject to attachment up to the amount of the Order stated above.

TO THE JUDGMENT DEBTORS:

You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order

Civil No. 09-2199 (FAB)                                                          3

releasing as exempt any property specified in the Marshal's schedule from the levy.

San Juan, Puerto Rico, December 21, 2012.

                                        FRANCES RIOS DE MORAN
                                        CLERK OF THE COURT

                                   By: /s/ Laura R. Narváez-Beauchamp
                                        Laura R. Narváez-Beauchamp
                                        DEPUTY CLERK