IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VICKY RODRIGUEZ-TORRES, et al.,<br><br>**Plaintiffs,**<br><br>v.<br><br>GOVERNMENT DEVELOPMENT BANK OF PUERTO RICO, et al.,<br><br>**Defendants.** | Civil No. 09-2199 (FAB) |

WRIT OF EXECUTION

| | |
|---|---|
| GOVERNMENT DEVELOPMENT BANK FOR PUERTO RICO, et al.,<br><br>**Judgment Creditors,**<br><br>v.<br><br>WILLIAM E. MELÉNDEZ-MENÉNDEZ AND MIGUEL A. CUADROS-PESQUERA,<br><br>**Judgment Debtors.** | Amount of Order:<br><br>$40,926.36<br><br><br>Date of Entry of Order:<br><br>July 30, 2012 |

To: The United States Marshal for the District of Puerto Rico

You are directed to enforce the Order described below with daily interest and your costs as provided by law.

WHEREAS, it appears from the records of this Court that on July 30, 2012 this Court issued an Order granting attorneys' fees in the amount of $40,926.36 in favor of defendants, the Government Development Bank, et al. and against counsel Miguel Ángel Cuadros-Pesquera and William Eric Meléndez-Menéndez. See Docket No. 150;

WHEREAS, it also appears from the record that neither Miguel A. Cuadros nor William E. Meléndez-Menéndez have satisfied any part of the attorneys' fees;

Civil No. 09-2199 (FAB)                                                              2

WHEREAS, this Court has ordered the Clerk of the Court to issue a Writ of Execution directed to the United States Marshal for the District of Puerto Rico, enabling him to make effective this Court Order awarding $40,926.36 in attorneys' fees to defendants.

WHEREFORE, you, as United States Marshal for the District of Puerto Rico, are ordered to proceed forthwith and execute this Order awarding attorneys' fees in the amount of $40,926.36 in favor of the defendants by attaching cash, checks, monies in banks or other institutions, real property and any other property belonging to Miguel Ángel Cuadros-Pesquera and William Eric Meléndez-Menéndez subject to attachment up to the amount of $40,926.36 plus interest and fees of the Marshal.

TO THE JUDGMENT DEBTORS:

You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the Marshal's schedule from the levy.

San Juan, Puerto Rico, December 21, 2012.

FRANCES RIOS DE MORAN
CLERK OF THE COURT

By: *Laura R. Narváez-Beauchamp*
Laura R. Narváez-Beauchamp
DEPUTY CLERK